Andrew Gerber (admitted *pro hac vice*)
andrew@kgfirm.com
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
P: (212) 882-1320
    *Attorneys for Plaintiff Elda The*

Nina D. Boyajian (SBN 246415)
boyajiann@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
P: (310) 586-7700
    *Attorneys for Defendant Zoetop Business Co., Ltd.*

Additional signatures listed on page 2.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDA THE,<br>    *Plaintiff,*<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD.,<br>D/B/A/ SHEIN and ROMWE<br>    *Defendant.* | Case No.: 4:22-cv-00762-HSG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Hon. Haywood S. Gilliam, Jr. |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Elda The, by and through her undersigned counsel, and Defendant Zoetop Business Co., Ltd., by and through its undersigned counsel, being all parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules

of Civil Procedure that this action and each and every count and claim asserted therein be dismissed with prejudice, with each party to bear their own costs, expenses, and fees.

Dated:     September 23, 2022

Respectfully submitted,

KUSHNIRSKY GERBER PLLC

By: /s/ Andrew Gerber
Andrew Gerber

BYRON RAPHAEL LLP

Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
P: (213) 291-9800

*Attorneys for Plaintiff Elda The*

GREENBERG TRAURIG, LLP

By: /s/ Nina D. Boyajian
Nina D. Boyajian

Gregory A. Nylen (SBN 151129)
nyleng@gtlaw.com
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, CA 92612
P: (949) 732-6500

*Attorneys for Defendant Zoetop Business Co., Ltd.*

# ATTESTATION OF FILER

I, Andrew Gerber, am the ECF user whose ID and password are being used to file this Joint Stipulation of Dismissal and Proposed Order in compliance with Local Rule 5-1(h)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED:    September 23, 2022            By: */s/ Andrew Gerber*
                                            Andrew Gerber

# **ORDER**

Based on the parties' Joint Stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: 9/23/2022

By: *Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge